UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-274-F

| | |
|---|---|
| PHYLLIS PURNELL., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| THE SMITHFIELD PACKING | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on Defendant's motion to stay the proceedings in this matter [DE-25]. Defendant indicates that Plaintiff has been considering the settlement agreement proposed by Defendant, but that Plaintiff's counsel is currently on designated secured leave, and Plaintiff is dealing with a family emergency. Because of the circumstances, Defendant represents the parties have not been able to finalize the settlement agreement or file a stipulation of dismissal with the court. Accordingly, Defendant asks that the court stay the current proceedings in this action and suspend all current deadlines, including the deadline for filing dispositive motions.

The court finds good cause to STAY the proceedings in this matter, up to and including August 20, 2010, and the Motion [DE-25] is ALLOWED. Therefore, the parties are DIRECTED to file their Stipulation of Dismissal with Prejudice or motion to reopen the case, if settlement is not completed, on or before **August 23, 2010.** If a motion to reopen the case is filed, the court will set new deadlines for the filing of dispositive motions.

SO ORDERED.

This the 21st day of July, 2010.

/s/ James C. Fox
JAMES C. FOX
Senior United States District Judge